# EXHIBIT D

**EXHIBIT D - Infringement of Claim 1 of U.S. Patent Number 7,088,854 by Genedata (USA), Inc.**

| CLAIM LANGUAGE | Infringing Application |
|---|---|
| 1. A computer program product for generating special-purpose image analysis algorithms comprising:<br><br>a computer usable medium having computer readable program code embodied therein, said computer readable program code configured to: | **Deep Learning for HCS Image Analysis**<br><br>Genedata has developed an innovative high content screening (HCS) image analysis workflow based on deep learning that cuts image analysis times by an order of magnitude, while increasing data quality and reproducibility of results.<br><br>Genedata Imagence® for HCS Image Analysis:<br>- **Automates** time consuming and repetitive tasks during image analysis set-up<br>- **Increases reproducibility** and **detects complex phenotypes** by eliminating the biased selection of handcrafted features<br>- **Saves time** by quickly being re-applied in different experimental settings<br>- **Seamlessly integrates** with Genedata Screener for image data analysis<br><br>https://www.genedata.com/products/imagence/<br><br>Genedata high content screening (HCS) image analysis ("Infringing Product") is a computer program product for generating image analysis for detecting complex phenotypes. |

| | |
|---|---|
| obtain at least one image having a plurality of chromatic data points; | **New Insights**<br><br>Classifying phenotypes is an arduous task that requires expertise and intimate knowledge of cells and experimental conditions, and often only expected phenotypes can be found and classified. **With the Imagence solution, phenotypes are grouped based only on similarities in the experimental images (Fig. 2), and the scientist can base their phenotype identification on the network's unbiased grouping combined with their own biological expertise. This way, the potential to find new phenotypes and gain new insights significantly increases.**<br><br>https://www.genedata.com/fileadmin/documents/Product_Sheets/Imagence_for_HCS_Image_Analysis_web.pdf<br><br>The Infringing Product takes an image. |



https://www.visiopharm.com/ai-deeplearning

The image includes a plurality of chromatic data points.

| | |
|---|---|
| generate an evolving algorithm that partitions said plurality of chromatic data points within said at least one image into at least one entity identified in accordance with a user's judgment; and | <br>https://www.visiopharm.com/files/brochures/20181116_AI_Deep_Learning_Brochure_A4_Final.pdf<br><br>The Infringing Product generates an evolving algorithm based on user manual annotation of objects of interest thereby training the convolutional neural network (CNN). |

Page **5** of **6**

| | |
|---|---|
| store a first instance of said evolving algorithm as a product algorithm wherein said product algorithm enables the automatic classification of instances of said at least one entity within at least one second image in accordance with said judgment of said user. | https://www.genedata.com/fileadmin/documents/Product_Sheets/Screener_for_HCS_web.pdf<br><br>The Infringing Product stores the evolving algorithm and runs the stored algorithm on all the data to automatically classify additional images. |