# EXHIBIT E

**EXHIBIT E - Infringement of Claim 1 of U.S. Patent Number 7,254,266 by Genedata (USA), Inc**

| CLAIM LANGUAGE | Infringing Application |
|---|---|
| 1. In a computer system, a method for automating the expert quantification of image data using a product algorithm comprising: | **Deep Learning for HCS Image Analysis**<br><br>Genedata has developed an innovative high content screening (HCS) image analysis workflow based on deep learning that cuts image analysis times by an order of magnitude, while increasing data quality and reproducibility of results.<br><br>Genedata Imagence® for HCS Image Analysis:<br><br>• **Automates** time consuming and repetitive tasks during image analysis set-up<br>• **Increases reproducibility** and **detects complex phenotypes** by eliminating the biased selection of handcrafted features<br>• **Saves time** by quickly being re-applied in different experimental settings<br>• **Seamlessly integrates** with Genedata Screener for image data analysis<br><br>https://www.genedata.com/products/imagence/<br><br>Genedata high content screening (HCS) image analysis ("Infringing Product") is a computer program product for generating image analysis for detecting complex phenotypes. |

| | |
|---|---|
| obtaining a product algorithm for analysis of a first set of image data wherein said product algorithm is configured to recognize at least one entity within said first set of image data via a training mode that utilizes iterative input to an evolving algorithm obtained from at least one first user, wherein said training mode comprises: |  https://www.visiopharm.com/files/brochures/20181116_AI_Deep_Learning_Brochure_A4_Final.pdf<br><br>The Infringing Product generates an algorithm based on user manual annotation of objects of interest thereby training the convolutional neural network (CNN). |

| | |
|---|---|
| presenting a first set of said at least one entity to said user for feedback as to the accuracy of said first set of identified entities; obtaining said feedback from said user; executing said evolving algorithm using said feedback; | <br>https://www.visiopharm.com/files/brochures/20181116_AI_Deep_Learning_Brochure_A4_Final.pdf<br><br>The Infringing Product generates and executes the algorithm based on user feedback thereby training the convolutional neural network (CNN). |

Page **4** of **6**

| | |
|---|---|
| storing said evolving algorithm as a product algorithm; providing said product algorithm to at least one second user so that said at least one second user can apply said product algorithm against a second set of image data having said at least one entity. | **Store**<br><br>As the size of HCS campaigns continues to grow, scalability increasingly depends on properly managing the resulting data volumes. With Screener for HCS you can:<br><br>▸ Establish a central image store and connect to image analysis software<br>▸ Browse and query for images using metadata from different experiments and HCS platforms<br>▸ Maintain full access control via authorization and authentication<br>▸ Set up routine maintenance tasks with a low maintenance overhead<br><br>Screener supports campaigns starting from the moment data originates, through analysis and interpretation, to reporting results to their final destination. All this while controlling data integrity and access throughout the entire workflow.<br><br>https://www.genedata.com/fileadmin/documents/Product_Sheets/Screener_for_HCS_web.pdf<br><br>The Infringing Product stores the evolving algorithm and runs the stored algorithm on all the data to automatically classify additional images. |

Page **5** of **6**

| | |
|---|---|
| | **Genedata Imagence®**<br><br>**for HCS Image Analysis**<br><br>Artificial Intelligence approaches in general and deep learning in particular will significantly impact many screening workflows in the future and High Content Screening (HCS) image analysis will be no exception. That is why Genedata provides a solution today. <mark>Our computational scientists combine extensive HCS experience with deep learning expertise to create an image analysis solution that automates analyses, increases reproducibility, and brings reliable insights much faster.</mark><br><br>https://www.genedata.com/fileadmin/documents/Product_Sheets/Imagence_for_HCS_Image_Analysis_web.pdf |